UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DUPREE ARMAND MITCHELL, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 3:21-CV-03018-X-BN |
| § | |
| PD CODE 21, ET AL., § | |
| § | |
| *Defendants*. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 4]. After Plaintiff filed an amended complaint, [Doc. No. 5], the Magistrate Judge supplemented the findings, conclusions, and recommendation, [Doc. No. 6]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 23rd day of February, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE